ORIGINAL

RECEIVED
SEP 21 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

______________________________

______________________________

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard J. Diaz

Firm Name: Richard J. Diaz P.A. 07-685 C

Post Office Box: ______________

Street Address: 3127 Ponce de Leon Blvd.

City-State-Zip: Coral Gables, FL 33134

Telephone & Facsimile Numbers: 305-444-7181 / 305-444-8178

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______________

Agency Identification Code: T R E

See attached sheet for three-digit codes.

Amount Claimed: $ 28,500,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☑ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______________
Is plaintiff a small business? ☐ Yes ☑ No

Vaccine Case: ____
Date of Vaccination: ______________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.