**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BARUCH VEGA, INC., Plaintiff, | ) | |
| v. | ) | No. 07-685 (Judge Merrow) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 60 calendar days, to and including January 22, 2008, within to file its response to the complaint. Our answer presently is due on November 23, 2007.[1] This is defendant's first request for an enlargement of time. Counsel for the plaintiff has indicated that he does not oppose this motion.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the complaint. Plaintiff's complaint alleges that he is entitled to a payment of $250,000 for his efforts in 114 cases, including 35 cases in the past seven years. Given the alleged breadth of the plaintiff's purported involvement with the Government, it is taking time to obtain information about plaintiff's claims.

[1] The Clerk's Office, however, will be closed on November 23, 2007, by Order of the Chief Judge.

Plaintiff asserts that he worked for both the Drug Enforcement Agency ("DEA") and the Federal Bureau of Investigation ("FBI").[2] Undersigned counsel has not yet received a litigation report from either agency. Counsel for the DEA has informed us that they need additional time to review and prepare a summary of the information concerning the plaintiff's activities. Counsel for the FBI, who was first assigned responsibility for this case on November 16, 2007, will also need to review and prepare a summary of any information they have concerning the plaintiff's activities. Upon receiving litigation reports from both agencies, the Department of Justice will need to review the information, and prepare the appropriate response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

---

[2] Plaintiff asserts that his claims arise pursuant to the U.S. Customs and Border Protection's ("CBP") moiety statute. At this time, it is unclear whether we will need to also consult with CBP, or any other Government agencies.

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

November 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice