# In the United States Court of Federal Claims

No. 07-685 C
(Filed November 26, 2007)

BARUCH VEGA, INC., )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

On November 21, 2007, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including January 22, 2008, within which to file its response to the complaint.

Accordingly, it is **ORDERED** that defendant's unopposed motion is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge