# APPENDIX

# INDEX TO APPENDIX

**Page(s)**

FBI closing source memorandum for Baruch Vega,
dated February 1, 2000.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

DEA Deactivation of Baruch Vega for Unsatisfactory Cooperation/Behavior,
dated April 19, 2000. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5

Excerpt from DEA Handbook. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7