(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 2/1/00

**To:** SAC MIAMI

**From:** SA VINCENT P. PANKOKE
Squad D-3

**Approved By:** CUNNINGHAM CHARLES J.

**Drafted By:** PANKOKE VINCENT P

**Case ID #:** (P), (F) [redacted] (Pending)

**Title:** MM-[redacted]

**Synopsis:** Closing Source

**Details:** MIOG 137-9(8) requires that when a Confidential Informant/Cooperating Individual is to be closed, the case agent must prepare a communication stating whether the source's identity was ever made public (i.e. testified in court).

Captioned confidential informant is being closed for the following reason(s):

☞ (1) Select reason(s) why source is being closed:

- ( ) Confidentiality Revealed
- ( ) Criminal Non Violent Act
- ( ) Criminal Violent Act
- ( ) Violated Instruction
- ( ) Denied by FBIHQ
- ( ) Died
- ( ) Disbarred
- ( ) Entered WSP
- ( ) Incarcerated
- (X) Cooperation Completed
- ( ) Poor Health
- ( ) Request Termination
- ( ) Transfer of Agent
- ( ) Relocated/Unavailable
- ( ) Unproductive
- ( ) Questionable Reliability
- ( ) Unreliable
- ( ) Operate as CW
- ( ) Operate as an Informant

AN ACCUSATION OF POSSIBLE CRIMINAL CONDUCT HAS BEEN MADE ON SOURCE. P.C. (FBI MIAMI) HAS AN OPEN CASE RELATING TO THIS ACCUSATION. AS PER MEETING WITH ASAC CRAWFORD, ASAC FIGLIUZZI, SSA CRAWFORD AND PC SQUAD, HANDLING AGENT AGREED TO CLOSE SOURCE UNTIL THE P.C. CASE IS RESOLVED.

Continued

C

3-13-00

(F) [redacted]