To: SAC MIAMI From: SA [illegible]
Re: [redacted]

☞ (2) Should source be considered for future use?
(If no, please furnish reason why)

[illegible]

☞ (3) Advise if source's identity has been made public
(Check one of the lines below)

(X) Source's identity was never made public.

( ) Source's identity was made public. The general nature of the public disclosure is as follows (If testimonial discuss subject matter)

☞ (4) Did source testify in court? Yes☐ No☒ (If source testified, furnish general nature and subject matter of testimony.)

SSA Signature/Date: [signature]