# APPENDIX

**INDEX TO APPENDIX**

**Page(s)**

Declaration of Lawrence E. Castillo, Drug Enforcement Agency,
dated March 7, 2008. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Declaration of J. Richard Kiper, Federal Bureau of Investigation,
dated March 6, 2008. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4