# In the United States Court of Federal Claims

No. 07-685 C
(Filed March 26, 2008)

BARUCH VEGA, INC. )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

Proceedings on the Defendant's Motion to Dismiss, filed January 22, 2008, shall be suspended pending further filings pursuant to the Order filed March 26, 2008.

s/ James F. Merow
James F. Merow
Senior Judge