# In the United States Court of Federal Claims

No. 07-685 C
(Filed May 7, 2008)

BARUCH VEGA, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

Pursuant to the Order filed March 26, 2008, the deadline for filing plaintiff's Amended Complaint was April 18, 2008. The time for filing has expired and the amended complaint has not been filed.

Accordingly, it is **ORDERED**:

(1) That the time for filing the Amended Complaint is enlarged to and including **May 23, 2008**;

(2) Within 14 days after service of plaintiff's Amended Complaint, defendant shall file any Supplement to its Motion to Dismiss to address the Amended Complaint or, alternatively, file a responsive pleading;

(3) Should defendant file a Supplement to its Motion to Dismiss, a response and a reply shall be filed in accord with RCFC 7.2;

(4) Failure to comply with this Order, may result in an involuntary dismissal pursuant to RCFC 41(b).

s/ James F. Merow
James F. Merow
Senior Judge