# In the United States Court of Federal Claims

**No. 07-685 C**

**BARUCH VEGA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed June 12, 2008, granting Defendant's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

**June 16, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.