**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BARUCH VEGA,

Plaintiff,

No. 07-685 C
(Judge Merrow)

v.

THE UNITED STATES,

Defendant,
_______________________________/

**MOTION TO SET ASIDE JUDGMENT AND ORDER OF DISMISSAL**

COMES NOW, Plaintiff, BARUCH VEGA ("Mr. Vega"), pursuant to RCFC 60(b), files his Motion to Set Aside Final Judgment and Order of Dismissal, and states as follows:

1. On September 21, 2007, Mr. Vega filed a Complaint alleging that the Defendant, The United States of America, owed him financial compensation for his efforts of cooperation which led to numerous convictions and the forfeiture of cash, real estate, jewelry, in excess of $20,000,000.
2. On January 22, 2008, the Defendant filed its Motion to Dismiss. [D.E. 7].
3. On February 22, 2008, Mr. Vega filed his Response to the Defendant's Motion to Dismiss. [D.E. 8].
4. On March 10, 2008, the Defendant filed its Reply to Mr. Vega's Response to Defendant's motion to dismiss. [D.E. 9].
5. On March 26, 2008, this Honorable Court entered an Order directing Mr. Vega to file an amended complaint on or before April 18, 2008. [D.E. 10].

6. Neither undersigned counsel nor his secretary received the notification email that the March 26, 2008 order to amend the complaint had been entered[1]. (See Affidavits of Richard J. Diaz and Affidavit of Elizabeth Zaharas attached hereto as Exhibits A and B respectively).

7. On May 7, 2008, this Honorable Court entered a scheduling order further extending the amount of time in which Mr. Vega had to file his amended complaint. [D.E. 12].

8. In that scheduling order, this Honorable Court voluntarily granted Mr. Vega until May 23, 2008 to file his amended complaint.

9. Like the email notification for the March 26, 2008 order, neither undersigned counsel nor his secretary was made aware of the May 7, 2008 order.

10. During the period of March 2008 to present, undersigned counsel's law office was experiencing technical difficulties with their computers in connection with the office's "spam blocker" software, including the Firm's email inboxes. Undersigned counsel and his secretary's e-mail inbox's were being bombarded with "spam" e-mails. At all times material hereto, the undersigned's IT technicians were, and continue to work on this issue. As result of these technical difficulties, it appears that neither one of the email notifications were delivered to undersigned counsel's email inbox, or in the alternative, due to the large amount of "spam" emails said notifications may have been inadvertently quarantined and deleted.

11. It was not until the entry of the June 12, 2008 Order that undersigned counsel first learned of the previous orders and the status of the case.

---

[1] Undersigned counsel, through the CM/ECF document filing system, receives email updates regarding all cases in which he has filed notice of appearance. Moreover, undersigned counsel's personal secretary monitors all of undersigned counsel's emails.

## MEMORANDUM OF LAW

Mr. Vega, pursuant to RCFC 60(b), respectfully asserts that due to the technical difficulties experienced by undersigned counsel and his law office, in connection with the large amounts of "spam" email, this Honorable Court should set aside the entry of Final Judgment in this case based on the theory of inadvertence and excusable neglect. See RCFC 60(b)("On a motion . . . the court may relieve a party . . . from a final judgment . . . for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect. . . ."). Thus, but for the technical difficulties experienced by undersigned counsel in connection with his emails, undersigned would have received the email notifications, and would have duly complied with that order and filed Mr. Vega's amended complaint.

## CONCLUSION

Based on the foregoing reasons, Mr. Vega respectfully requests that this Honorable Court grant the relief requested herein.

Respectfully submitted;

s/ Richard J. Diaz, Esq.
Richard J. Diaz, Esq.
Attorney for Plaintiff
Richard J. Diaz, P.A.
3127 Ponce De Leon Blvd.
Coral Gables, FL 33134
(305) 444-7181

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of June, 2008, a copy if the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may otherwise access this filing through the Court's system.

s/ Richard J. Diaz, Esq.
Richard J. Diaz, Esq.
Attorney for Plaintiff
Richard J. Diaz, P.A.
3127 Ponce De Leon Blvd.
Coral Gables, FL 33134
(305) 444-7181