**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BARUCH VEGA,

Plaintiff,

v.

No. 07-685
(Judge Merrow)

THE UNITED STATES,

Defendant,
_______________________________/

**AFFIDAVIT OF RICHARD DIAZ IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE JUDGEMENT AND ORDER OF DISMISSAL**

STATE OF FLORIDA )
)ss:
COUNTY OF MIAMI-DADE )

I, RICHARD J. DIZ, do hereby swear or affirm that:

1. I am attorney Richard J. Diaz' ("Mr. Diaz") and I am counsel of record for the Plaintiff.
2. In accordance with CM/ECF system, I receive in my email, rick@rjdpa.com several electronic filings in cases nationwide wherein I am an attorney of record.
3. On June 12, 2008, I received an electronic filing in the instant case [D.E.13] reflecting that an order granting Defendant's Motion to Dismiss was previously entered.
4. I, along with my assistant, Elizabeth Zaharas, checked the Pacer Docket system and learned, for the first time, that on March 26, 2008 [D.E. 10] an order was entered directing the Plaintiff to amend his complaint. I searched my email for all entries dated on or about March 26, 2008 and confirmed that I had not received the email message from this Court reflecting that this order had been entered.

5. The Pacer Docket further revealed that on May 7, 2008 [D.E. 12], a scheduling order was entered directing the Plaintiff to file his amended complaint by May 23, 2008. I did not receive that e-mail either.

6. Between March 2008 and the present, my office email was receiving spam at an alarming rate. My IT support team was and continues, to work on correcting the breach of my office computer system by the spam. Two (2) desktops were replaced as a result of a virus having contaminated the computer system. One of the desktops replaced was that of my assistant, Elizabeth Zaharas.

7. I also receive my e-mails through my iPhone. However, these e-mails are first directed to the firms' server, then my assistants' desktop, and ultimately forwarded to my iPhone.

8. The spam issue my office experienced during this time compromised the delivery of many e-mails.

9. I had clients complain that they sent me e-mails but I had not responded.

10. I was absolutely unaware of the March 26, 2008 order and the May 7, 2008 order until the June 12, 2008 order was entered.

______________________
Richard J. Diaz

SWORN TO AND SUBSCRIBED before me this 27th day of June, 2008.

______________________
NOTARY PUBLIC, State of Florida

ELIZABETH ZAHARAS
MY COMMISSION # DD 640675
EXPIRES: February 20, 2011
Bonded Thru Notary Public Underwriters

______________________
Printed, typed or stamped commissioned name of Notary Public

✓ Personally Known to me

___ Produced Identification
Type of Identification produced: