**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BARUCH VEGA,

Plaintiff,

v.

No. 07-685
(Judge Merrow)

THE UNITED STATES,

Defendant,

_______________________________/

**AFFIDAVIT OF ELIZABETH ZAHARAS IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE JUDGEMENT AND ORDER OF DISMISSAL**

STATE OF FLORIDA )
)ss:
COUNTY OF MIAMI-DADE )

I, ELIZABETH ZAHARAS, do hereby swear or affirm that :

1. I am Elizabeth Zaharas, secretary/assistant to attorney Richard J. Diaz' ("Mr. Diaz") for over seven years.
2. As part of my responsibilities, I access/monitor his email, (namely, rick@rjdpa.com) several times daily.
3. On June 12, 2008, Mr. Diaz received an electronic filing in the instant case [D.E.13] reflecting that an order granting Defendant's Motion to Dismiss had been granted.
4. I immediately checked the Pacer Docket system and learned that on March 26, 2008 [D.E. 10] an order was entered directing the Plaintiff to amend his complaint. I searched Mr. Diaz email for all entries dated March 26, 2008 and confirmed he had not received the automatic email message from this Court reflecting that this order had been entered.
5. The Pacer Docket further revealed that on May 7, 2008 [D.E. 12], a scheduling order was entered directing the Plaintiff to file his amended complaint by May 23, 2008.

6. I, again, checked Mr. Diaz's e-mail and did not find the receipt of such electronic transmittal.

7. I was absolutely unaware of the March 26, 2008 and May 7, 2008 order until after the June 12, 2008 order was recieved.

Elizabeth Zaharas

SWORN TO AND SUBSCRIBED before me this 27th day of June, 2008.

NOTARY PUBLIC, State of Florida

✓ Personally Known to me

___ Produced Identification
Type of Identification produced:

Printed, typed or stamped commissioned name of Notary Public

RICHARD J. DIAZ
MY COMMISSION # DD 681012
EXPIRES: June 12, 2011