**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BARUCH VEGA,

Plaintiff,

v.

No. 07-685
(Judge Merrow)

THE UNITED STATES,

Defendant,

______________________________/

**AFFIDAVIT OF MICHAEL RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE JUDGEMENT AND ORDER OF DISMISSAL**

STATE OF FLORIDA )
)ss:
COUNTY OF MIAMI-DADE )

I, MICHAEL RODRIGUEZ, do hereby swear or affirm that:

1. I am Michael Rodriguez, President of Cyberhouse, Inc, 10231 N.W. 21st Street, Second Floor, Miami, FL 33172.
2. I have personal knowledge of the contents herein.
3. Cyberhouse, Inc. has been providing IT services for many businesses in South Florida, including Richard J. Diaz, P.A.
4. Cyberhouse has been in the IT business since December 2000. Cyberhouse has been providing IT support for Richard J. Diaz, P.A. for over two (2) years. Richard J. Diaz, P.A. just like 90% of our clients are on a per call basis (hourly charge). They call Cyberhouse when the computers and or network have a problem.
5. In early March 2008, Richard J. Diaz, P.A. began experiencing an unusually high frequency of "spam"; and at least two of their desktops had viruses.

6. Cyberhouse was notified about the problem and began working on the resolution/correction.
7. Cyberhouse installed new software, updates and even had to replace one (1) desktop computer which required the reinstallation of all new software.
8. The one desktop replaced was that of Mr. Diaz's secretary.
9. Mr. Diaz has a handheld iPhone that is interfaced with his secretary's desktop.
10. All e-mails received are first received through the firms server, then the recipients desktop, and handhelds are then synchronized with the server.
11. In this case, Mr. Diaz's e-mails, generally, are first received by the firms server, then synchronized with his secretary's desktop and Mr. Diaz's iPhone.
12. The excessive volume of spam and virus may have caused the system to overload and quarantine/eliminate e-mails.
13. The remedial action taken since March 2008. Cyberhouse installed a 30 day trial version of GFI Anti-spam Software. After GFI 30 day trial expired Cyberhouse then installed a 30 day free trial of Norton Premium Anti-spam software. This was done to determine which one worked the best. Richard J. Diaz, P.A.'s office then decided to go back to their Mail Foundry Hardware and renew their Mail Foundry Anti-Spam Software license.

Michael Rodriguez
Michael Rodriguez - President

SWORN TO AND SUBSCRIBED before me this 3 day of July, 2008.

Ana Maria Fernandez
NOTARY PUBLIC, State of Florida

✓ Personally Known to me

___ Produced Identification
Type of Identification produced:

Printed, typed or stamped
commissioned name of Notary Public

NOTARY PUBLIC STATE OF FLORIDA
Ana Maria Fernandez
Commission # DD350313
Expires: OCT. 05, 2008
Bonded Thru
Atlantic Bonding Co., Inc.