# DEFENDANT'S APPENDIX

# INDEX TO APPENDIX


**DOCUMENT** **PAGE(S)**

GFI Mail Essentials for Exchange/SMTP/Lotus, Features,
http://www.gfi.com/mes/mesfeatures.htm. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

Sort spam to users' junk mail folders, Screenshot,
http://www.gfi.com/mes/messcreenpop.htm?id=scr_usrrev. . . . . . . . . . . . . . . . . . . . . . . . . 5

As an administrator, do I have to check mailboxes to find false positives?
http://kbase.gfi.com/showarticle.asp?id=KBID001784. . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Norton 360 Version 2.0 Premier Edition, How It Works,
http://www.symantec.com/norton/360-premier-edition.. . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Norton Add-On Pack Version 2.1, How It Works,
http://www.symantec.com/norton/add-on-pack.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Electronic Docket Sheet, United States v. Barker, Docket 06-CR-20523-DMM-5
(S.D. Fla.).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-10

Electronic Docket Sheet, United States v. Sandoval, Docket 07-CR-20081-ASG-2
(S.D. Fla.).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-14

Electronic Docket Sheet, Espinosa v. United States, Docket 03-CV-20335-SH
(S.D. Fla.).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-16