# GFI MailEssentials for Exchange/SMTP/Lotus– Features

DOWNLOAD YOUR FREE TRIAL! Get your FREE 30-day eval version of GFI MailEssentials today!

**Are you still unsure whether to purchase an Appliance, a Hosted Service or a Software solution?** The following documents give the pros and cons of each one: **Software vs. Appliances** and **Software vs. Hosted Services**.

**IMPROVED! – Eliminate hard to catch image, PDF, Excel, ZIP and NDR spam**
With spammers controlling tens of thousands of zombie machines, these large botnet armies have become one of the leading sources of spam. The Botnet/Zombie check in GFI MailEssentials eliminates hard to catch attachment spam such as image spam, PDF spam, Excel and ZIP spam. The attachment spam check filters this attachment spam quickly, efficiently and with a very low rate of false-positives. GFI MailEssentials uses a variety of technologies such as uses Bayesian Filter, DNS Blacklists, Sender URI RealTime Blocklists and Keyword Checking to keep Non-Delivery Report (NDR) spam at bay. **Click here to read more about attachment spam** or **click here to lean more about NDR spam!**

**Server-based anti-spam and anti-phishing**
GFI MailEssentials is server-based and installs on the mail server or at the Gateway, eliminating the deployment and administration hassle of desktop-based anti-spam and anti-phishing products. Desktop-based software involves training your users to create anti-spam rule sets, and subsequently users have to spend time updating these rules. Besides, this system does not prevent your server message stores from filling up with spam. **View screenshot.**

**Bayesian filtering technology**
Bayesian filtering is widely acknowledged by leading experts and publications as the best way to catch spam. A Bayesian filter uses a mathematical approach based on known spam and ham (valid email). This gives it a tremendous advantage over other spam solutions that just check for keywords or rely on downloading signatures of known spam. GFI's Bayesian filter uses an advanced mathematical formula and a dataset which is 'custom-created' for your installation: The spam data is continuously updated by GFI and is automatically downloaded by GFI MailEssentials, whereas the ham data is automatically collected from your own outbound mail. This means that the Bayesian filter is constantly learning new spam tricks, and spammers cannot circumvent the dataset used. This results in a 98+% spam detection rate, after the required two-week learning period. In short, Bayesian filtering has the following advantages:

- Looks at the whole spam message, not just keywords or known spam signatures
- Learns from your outbound email (ham) and therefore greatly reduces false positives
- Adapts itself over time by learning about new spam and new valid email
- Dataset is unique to your company, making it impossible to bypass
- Multilingual and international.

**Read more about Bayesian filtering in this GFI white paper.**

**Downloads updates to spam profile database**
GFI MailEssentials can download updates to the Bayesian spam profile database from the GFI site,

ensuring that it recognizes the latest spam and spamming techniques. GFI maintains the spam profile database by working with a number of spam collection organizations that continually supply spam samples.

**Protect your users against the menace of phishing emails**
GFI MailEssentials' anti-phishing module detects and blocks threats posed by phishing emails by comparing the content of the scam with a constantly updated database of blacklisted mails, thereby ensuring all the latest phishing emails are captured. As extra protection, it also looks for typical phishing keywords in every email sent to your organization. **Read more about phishing.**

**Sort spam to users' junk mail folders**
GFI MailEssentials gives you the flexibility to choose what to do with spam. You can delete it, move it to a folder, forward the spam mail to a public email address or folder, or send it to individual customizable folders (for example, a "junk mail" folder) in the end-users' inboxes. This allows users to easily review mail that has been flagged as spam. **View screenshot.**

**List server for newsletter lists and discussion lists**
A list server is the best method for distributing company newsletters, since it automates the process of allowing users to subscribe and unsubscribe (required by anti-spam regulations). However, until now, list servers have been expensive and difficult to administer and they did not integrate with Exchange Server. GFI MailEssentials integrates with Exchange and can use Microsoft Access or Microsoft SQL Server as the backend. Both newsletter lists and discussion lists are supported. **View screenshot.**

**Easy tuning of the Bayesian engine via public folders**
Administrators can easily tune the Bayesian engine by dragging and dropping spam or ham to the appropriate public folder. GFI MailEssentials learns from the spam and ham that it picks up from these folders and further improves its spam detection rate. Administrators can control access to this feature through the use of Public Folder security. **View screenshot.**

**Allow users to whitelist or blacklist via public folders**
GFI MailEssentials allows users to whitelist or blacklist senders simply by dragging and dropping the appropriate mail to a public folder. This gives users more control and reduces administration. Administrators can control access to this feature through the use of Public Folder security. **View screenshot.**

**Email header analysis and keyword checking**
GFI MailEssentials intelligently analyzes the email header and identifies spam based on message field information. It detects forged headers, encoded IPs, spam mutation, spam sent from invalid domains, and more. It also enables you to configure keywords to check for spam using keyword checking. **View screenshot.**

**Third party DNS blacklists (DNSBL) checking**
GFI MailEssentials supports DNS blacklists (real time black hole lists), which are databases of known spammers. If the sending mail server is on one of those lists, it marks the email as spam. GFI MailEssentials supports popular third party blacklists such as ORDB, SpamHaus, Spamcop and also enables administrators to configure custom RBL servers.

**Support for multiple third party SURBL servers**
GFI MailEssentials checks email content against SURBL servers. Administrators can configure multiple SURBL servers, add their own and also define the priority of which server should be checked first. More information on SURBL can be found at http://www.surbl.org.

**Automatic whitelist management reduces false positives**
Whitelists enable you to ensure that email from particular senders or domains are never flagged as spam, permitting more stringent anti-spam rules. GFI MailEssentials includes a patent-pending automatic whitelist management tool, which automatically adds outgoing mail recipients to your whitelist. This greatly reduces false positives, without any need for additional administration. Whitelists can also be built based on domain names, email addresses and keywords. **View screenshot.**

**Instant view of emails from new senders**
The New Senders feature provides users with an instant view of emails sent from people they never had previous contact with, thereby helping users to better organize emails in their email client. If an email is not found to be spam by the GFI MailEssentials anti-spam modules and is also not on the whitelist, then the New Senders module has the ability to move the email to a user's subfolder, for example, Inbox\NewSenders. **View screenshot.**

**Eliminates directory harvesting**
Spammers often try to guess recipient addresses by generating multiple random email addresses at a domain; they then send their spam mail to all those addresses. GFI MailEssentials checks the validity of ALL the email addresses included in the mail sent, either via a query to Active Directory or through support for LDAP, and if they are not all valid, marks the mail as spam.

**Reports on spam filtering and email usage**
The database-driven reporting engine allows you to create advanced reports on your inbound and outbound email. You can report on the amount of spam filtered and on rules which caught most spam. You can also generate reports on user, domain and mail server usage. **View screenshot.**

**Support for SPF – the Sender Policy Framework**
As most of today's spammers spoof email addresses, it is important to be able to check whether an email is genuine or if it has been sent from a forged sending address. This can be done via the Sender Policy Framework (SPF), which allows users to test whether a particular email originates from its claimed source. GFI MailEssentials is one of the first commercial anti-spam solutions to support this framework. Its SPF module automatically checks whether the mail from a particular company was actually sent by its registered mail servers. For more on SPF, visit http://www.openspf.org.

**Set priorities for each anti-spam module**
You can configure which method of capturing spam is to be given priority, and create your own hierarchical list. For example, the administrator can select that the whitelisting anti-spam feature must be applied first to all incoming mail, then Bayesian scanning, and so on.

**Company-wide disclaimer/footer/header text**
GFI MailEssentials enables you to add disclaimers to the top or bottom of an email. Text and HTML formats are supported. You can include fields/variables to personalize the disclaimer. You can also create multiple disclaimers and associate them with a user, group or domain. **View screenshot.**

**Email monitoring**
The email monitoring feature enables you to keep a central store of the email communications of a particular person or department. By configuring the email to be copied to an email address, all email can be stored in an Exchange or Outlook store, making searching for email or content easy. **View screenshot.**

**Email archiving to a SQL database**

GFI MailEssentials can archive all inbound and outbound mail to a Microsoft SQL Server database. You can search for a particular email or an entire email thread via the included web interface. Mail archiving is essential for back-up and search reasons. For a complete email archiving solution, please check out GFI MailArchiver for Exchange.

**Seamless integration with Exchange Server, Lotus Domino and other SMTP servers**
GFI MailEssentials integrates seamlessly with Microsoft Exchange 2000/2003/2007: It installs on the Exchange SMTP service and does not require gateway configuration. Via the SMTP protocol, it also works with Exchange 5.5, Lotus Domino and other popular SMTP/POP3 servers.

**Checkmark certified**
GFI MailEssentials holds Checkmark certification from West Coast Labs and more awards.

**Content checking, anti-virus and anti-trojan**
Get anti-virus, email content checking and anti-trojan protection for your mail server with the GFI MailEssentials & GFI MailSecurity Suite. GFI MailSecurity for Exchange/SMTP is an email content checking, exploit detection, threats analysis and anti-virus solution that removes all types of email-borne threats before they can affect your email users. **Click here for more information about GFI MailSecurity!**

**Other features:**

- Whitelisting of emails by keyword
- Blocking foreign language spam based on character set
- Email monitoring of particular user or department email communications
- Fake non-delivery reports (NDRs)
- Personalized server-based auto replies with tracking number
- POP3 downloader
- Web interface for searching email archive.

**You're in good company...**
Many leading companies have chosen GFI MailEssentials. Here are just a few: Toyota, IBM, Schuff International, PerotSystems, British Midlands, B&W Speakers and many more. **Customer list and customer testimonials.**

**System requirements**

- Windows 2000/2003 - Pro, Server or Advanced Server or Windows XP Professional
- IIS5 SMTP service installed and running as an SMTP relay to your mail server
- Microsoft Exchange server 2000, 2003, 2007, 4, 5 or 5.5, Lotus Domino, or an SMTP/POP3 mail server
- For the list server feature, Microsoft Message Queueing Services is required
- Microsoft .NET Framework 2.0.

For more detailed system requirements, please see the installation chapter.

Close this window

« Previous | 4 of 13 | Next »




**Users can review spam email**

GFi SECURITY & MESSAGING SOFTWARE

Products ▼ Solutions ▼ Downloads ▼ Ordering ▼ Partners ▼ Support ▼ Company ▼

■ **Support**
Support Center
Forums
FAQ/KBase
Top 10 articles
Recently added articles

■ **Downloads**
GFI MailEssentials
GFI MailSecurity
GFI MailArchiver
GFI FAXmaker for Exchange/SMTP
GFI LANguard N.S.S.
GFI EventsManager
GFI EndPointSecurity
GFI Network Server Monitor
GFI WebMonitor

■ **Purchasing**
Product price list
How to buy
Order now!

Technical Support Center > Knowledge Base > KBID001784

# As an administrator, do I have to check mailboxes to find false positives?

**The information in this article applies to:**

- GFI MailEssentials for Exchange/SMTP 10
- GFI MailEssentials for Exchange/SMTP 11
- GFI MailEssentials for Exchange/SMTP 12
- GFI MailEssentials for Exchange/SMTP 9

**Article ID:** KBID001784
**Query keywords:**

GFI MailEssentials uses various technologies, intended to minimise the amount of false positives, among these, the whilelist and auto-whitelist feature and the Bayesian filtering.

However, should any false positive emails be blocked, GFI MailEssentials can be configured to forward emails, which are marked as spam, to the users' junk mail folders. This will allow the users to review their own spam emails.

© 2008. All rights reserved. GFI Software

Home Products Download Trials Support Ordering Site Map About Us Contact us

**GFI solutions:** anti spam - exchange anti virus - isa server - network vulnerability scanner - event log management - USB security software - exchange archiving - fax server software

# Norton 360 Version 2.0 Premier Edition

Purchase | Upgrade | Renew Subscription

## Comprehensive, automated anti-virus, anti-spyware and phishing protection

$99.99

Download
ADD TO CART

1 Year Protection for up to 3 household PCs

Awards

Special Offer
See Our Special Offer
Read More

For Windows XP/Vista® | View Product Tour | Norton Add-on Pack

How It Works | System Requirements | Compare Related Products | Product Support

©1995 - 2008 Symantec Corporation Site Map | Legal Notices | Privacy Policy | Site Feedback | Contact Us | Global Sites | License Agreements

### Key Technologies

Antivirus
Antispyware
Email scanning
Antiphishing
Rootkit detection
Identity protection
Web site authentication
Network monitoring
Firewall protection
Automatic backup and restore
10 GB of secure online storage*
PC performance tuneups
Automatic updates†
Embedded support
Optional Antispam and Parental controls

### Key Benefits

**PC security defends you against a broad range of online threats**—protects your computer and makes your online experience more secure.
**Identity protection safeguards you against online identity theft**—protects against fraud and theft. IMPROVED
**Automatic backup and restore protects your important files from loss**—safeguards irreplaceable photos, movies, music, and more. IMPROVED
**PC tuneup keeps your PC running at peak performance**—helps your PC run faster and keeps it running the way it's supposed to.
**Network monitoring**—helps protect your home network. NEW

### Features

**Enhanced performance**—Provides industry-leading protection without sacrificing performance:
- Fast scan and browse speeds
- Less memory use than the average used by competing products
- PC Security with industry leading virus, spyware and firewall protection

**Identity Safe**—Protects your personal information and your identity when you buy, bank, and browse online. NEW
- Blocks fraudulent Web sites and verifies trusted ones
- Conveniently and securely manages user names and passwords for you
- Phishing Protection guards online attempts to steal your personal information by blocking fraudlent websites and verifies trusted ones.

**Backup and restore:**
- Protects photos, music, and documents with automated backup
- Supports new backup destinations including Blu-ray Disc, HD-DVD, and iPod
- Automatically detects and backs up your critical files
- Includes 10 GB of secured online storage (with option to purchase additional storage)*

**Network monitoring:**
- Lets you view your wireless network and each device connected to it
- Displays the security status of all the Norton products on your network
- Alerts you when you connect to an unsecured wireless network

**Browser Protection**—Protects against Web-based drive-by downloads that use vulnerabilities in your browser to insert malware on your PC
**Easy protection of your PC and online activities**—Norton 360 threat handling, scans, and tuneups are conducted quietly in the background:
- Automatically optimizes and maintains your PC for peak performance
- Automatically cleans up unnecessary Internet clutter and temporary files
- Helps optimize Windows® performance by removing unneeded registry files

**One-click support**—Provides one-click access to expert support right from your Norton product:
- Fast access to expert support through email, live chat, or phone

**Protection updates**—Includes protection updates and new product features as available throughout the renewable service period†
**Ongoing protection**—Keeps your computer protected from the latest Internet risks by automatically renewing your subscription at the regular subscription price (plus applicable tax), so you don't have to do it. For more information, click here.
**Optional antispam and parental controls**—Enables you to download antispam and parental controls via the Norton™ Add-on Pack

**Click here to read in-depth Norton Version 2.0 Premier Edition features list**

### Award-Winning Protection

February 2008 Computer Shopper's "Shopper's Choice Awards": Best Software for Utility Package
April 2007 LapTop Magazine: Editors' Choice Award
March 2007 PC Magazine: Editors' Choice Award****
February 2007 CNET: Editors' Choice Award

Videos and Screenshots



Choose a Screenshot:
Norton 360 Premier |

Videos | Screenshots

**Customer Stories**
Read what others have to say about Norton 360

Norton
from symantec

United States | Shopping | Search



# Norton Add-On Pack Version 2.1

## Antispam, Parental Controls, and Confidential Information Blocking

$0.00

◉ For Norton 360 Version 2 & Norton Internet Security 2008
◯ For Norton 360 Version 1
◯ For Norton Internet Security 2007

DOWNLOAD

For Windows XP/Vista®

**How It Works** **System Requirements**

Block unwanted or offensive online content with per-user account parental controls and antispam in the Norton™ Add-on Pack 2008, an optional download for Norton Internet Security 2008 and Norton 360 customers (available at no additional cost). The Add-on Pack also includes a confidential information blocking feature to prevent all sensitive private data that you specify from being transmitted out of your computer.

### Key Technologies

Parental Controls
Antispam
Confidential information blocking

### Key Benefits

**Blocks unsuitable websites** — parental controls allow you to limit website access for your children based on individual user profiles.
**Filters spam out of your inbox** — Deletes or moves annoying spam email to a junk mail folder.
**Protects against transmission of sensitive private data** — Automatically prevents data identified as completely confidential from being transferred out to the Internet from your computer.

### Key Features

Adds optional parental controls, antispam and confidential information blocking features to your Norton Internet Security or Norton 360 solution.
Provides password protected, pre-defined control profiles for adult, teen, and child customizable for the individual user. NEW
Blocks inappropriate websites based on user profile settings and logs attempts to access blocked websites. NEW
Antispam diverts annoying, offensive or even dangerous spam away from your Outlook inbox to a junk mailbox for later review or deletion.
Antispam filter automatically adds past spam filter white and black lists from your Outlook and previous Norton antispam upon installation. NEW
Intelligent antispam engine learns to identify what kinds of emails you do not consider spam with a pre-scan of existing email upon installation. NEW
Smart antispam engine learns over time more precisely what kinds of email you do and don't consider spam.
Blocks sensitive information (identified as confidential) from inadvertent transfer out of your computer.
Includes protection updates and new versions of Norton Add-on Pack as available throughout your service period for Norton 360 or Norton Internet Security.†

Videos and Screenshots




Choose a Screenshot:
Screenshot 1 | Screenshot 2 | Screenshot 3 |
Screenshot 4 | Screenshot 5 |

Screenshots

**Must meet minimum Windows Vista operating system requirements

† The Norton Add-on Pack 2008 requires that you have Norton Internet Security™ 2008 or Norton 360™ version 2.0 installed. If you choose to download and install the Norton Add-on Pack 2008, you will have the right to use it until the expiration of your current Norton product subscription, subject to acceptance of the Symantec License Agreement included with your Norton product and available for review at www.symantec.com Protection updates and new product versions as available during your subscription period are included. Product features may be added, modified or removed during your subscription period.

©1995 - 2008 Symantec Corporation

CLOSED, STB

**U.S. District Court**
**Southern District of Florida (Miami)**
**CRIMINAL DOCKET FOR CASE #: 1:06-cr-20523-DMM-5**

Case title: USA v. Barker et al

Date Filed: 08/24/2006
Date Terminated: 02/22/2007

---

Assigned to: Judge Donald M. Middlebrooks

**Defendant (5)**

**Yoanka Interian**
*DOB: 1972; Prisoner No. 79208-004; Miami, Florida*
*TERMINATED: 02/22/2007*

represented by **Albert Zachary Levin**
Albert Z. Levin
261 NE First Street
6th Floor
Miami, FL 33132
305-379-7101
Fax: 305-372-0052
Email: alevinlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard John Diaz**
3127 Ponce De Leon Boulevard
Coral Gables, FL 33134-6816
305-444-7181
Fax: 444-8178
Email: Rick@rjdpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Albert Zachary Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY DEFRAUD GOV'T CLAIMS 18:286.F (1) | Defendant sentenced to 6 months imprisonment to be followed by 3 years of supervised release. |

| | | |
|---|---|---|
| 03/13/2007 | 118 | ORDER granting 114 Motion to Modify Conditions of Release as to Yoanka Interian (5). Signed by Judge Donald M. Middlebrooks on 03/12/2007. (bs) (Entered: 03/13/2007) |
| 03/15/2007 | | Notice of Undeliverable Mail as to Carlos Barker, Francisco Castro, Migdalia Interian, Miguel Interian, Yoanka Interian, Lucas Jimenez, Rolando Morales re 118 Order on Motion to Modify Conditions of Release Email returned for: Richard John Diaz Resolved by: Called attorneys' office, Mitsy Sousa informed that the system for this email address is not working at this moment. NEF was resend to a provisional email address provided by Ms. Sousa. (mc) (Entered: 03/15/2007) |
| 03/20/2007 | 120 | CORRECTED ORDER as to Yoanka Interian re 114 MOTION to Modify Conditions of Release filed by Yoanka Interian, Signed by Judge Donald M. Middlebrooks on 3/20/07. (lk) (Entered: 03/20/2007) |
| 06/12/2007 | 137 | MOTION Modify Conditions of Sentence by Yoanka Interian. Responses due by 6/26/2007 (Levin, Albert) (Entered: 06/12/2007) |
| 06/12/2007 | 138 | MOTION to Modify Conditions of Release by Yoanka Interian. Responses due by 6/26/2007 [See Image at DE #137](ls) (Entered: 06/13/2007) |
| 06/13/2007 | 139 | Notice of Docket Correction re 137 MOTION Modify Conditions of Sentence filed by Yoanka Interian, sent to Yoanka Interian Error: Wrong Event Selected; Correction: Re-docketed by the Court. (ls) (Entered: 06/13/2007) |
| 06/25/2007 | 140 | ORDER granting 137 Motion To Modify Conditions of Sentence as to Yoanka Interian (5)Signed by Judge Donald M. Middlebrooks on 6/25/07. (hd) (Entered: 06/25/2007) |
| 09/06/2007 | 143 | Judgment Returned Executed as to Yoanka Interian on 8/27/2007. (tb) (Entered: 09/07/2007) |
| 09/07/2007 | | Notice of Undeliverable Mail as to Carlos Barker, Francisco Castro, Migdalia Interian, Miguel Interian, Yoanka Interian, Lucas Jimenez, Rolando Morales re 143 Judgment Returned Executed Email returned for: Luis I. Guerra Resolved by: Called attorneys' office, Karla informed that the email address is correct. NEF was resent. (mc) (Entered: 09/07/2007) |
| 01/11/2008 | 148 | PLEA AGREEMENT as to Yoanka Interian<br><br>**If you attempt to access this document via the docket entry link and are not permitted to view the document, you may view it at the Southern District of Florida Clerk's Office.**<br><br>(lk) (Entered: 01/11/2008) |
| 04/04/2008 | 152 | MOTION to Modify Conditions of Release by Yoanka Interian. |

CMM, INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-20081-ASG-2

Case title: USA v. Sandoval et al
Magistrate judge case number: 1:07-mj-02123-EGT

Date Filed: 02/13/2007

---

Assigned to: Judge Alan S. Gold

**Defendant (2)**

**Darli Valasquez**
*YOB: 1973; #78371-004*

represented by **Nathan Philip Diamond**
1221 Brickell Avenue
Miami, FL 33131
305-371-5300
Fax: 371-6966
Email: attydiamon@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard John Diaz**
3127 Ponce De Leon Boulevard
Coral Gables, FL 33134-6816
305-444-7181
Fax: 444-8178
Email: Rick@rjdpa.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY NARCOTICS IMPORT/EXPORT (1) | |
| NARCOTICS - IMPORT 21:952A=NI.F (2) | |
| CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F (3) | |
| CONSPIRACY TO POSSESS NARCOTICS 21:846=NP.F | |

(4)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

21:841B=CD.F

---

**Plaintiff**

**USA** represented by **Alejandro Oscar Soto**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9034
Fax: 536-7213
Email: alejandro.soto@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony W. Lacosta**
United States Attorney's Office
99 NE 4th Street
7th Floor
Miami, FL 33132
305-961-9280
Fax: 305-536-7213
Email: anthony.lacosta@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2007 | | Arrest of Darli Valasquez (mpc) [1:07-mj-02123-EGT] (Entered: 02/02/2007) |
| 02/02/2007 | 1 | Report Commencing Criminal Action as to Darli Valasquez - DOB: **/**/1973 Prisoner #: 78371-004 (mpc) [1:07-mj-02123-EGT] |

| | | |
|---|---|---|
| | | (Entered: 01/04/2008) |
| 01/25/2008 | 85 | RESPONSE to Motion by USA as to Darli Valasquez re 81 First MOTION to Release Bond Obligation Replies due by 2/1/2008. (Lacosta, Anthony) (Entered: 01/25/2008) |
| 02/04/2008 | 88 | ORDER granting 81 Motion to Discharge Surety Bond Obligation as to Darli Valasquez (2). Signed by Judge Alan S. Gold on 2/4/08. (jh) (Entered: 02/04/2008) |
| 02/21/2008 | 89 | Unopposed MOTION to Continue Sentencing *and Extend Time to File Objections to Pre-Sentence Investigation Report* by Darli Valasquez. Responses due by 3/6/2008 (Attachments: # 1 Text of Proposed Order ORDER)(Diamond, Nathan) (Entered: 02/21/2008) |
| 02/25/2008 | 90 | NOTICE OF ATTORNEY APPEARANCE Anthony W. Lacosta appearing for USA. (Lacosta, Anthony) (Entered: 02/25/2008) |
| 02/27/2008 | 91 | ORDER granting 89 Motion to Continue Sentencing and Extend Time to File Objections to Presentence Investigation Report as to Darli Valasquez (2)Signed by Judge Alan S. Gold on 02/26/2008. (bs) (Entered: 02/27/2008) |
| 02/27/2008 | | Reset Hearings as to Darli Valasquez: Sentencing reset for 5/28/2008 04:30 PM before Judge Alan S. Gold. (bs) (Entered: 02/27/2008) |
| 04/08/2008 | | Case Reassignment of Paired Magistrate Judge pursuant to Administrative Order 2008-09 to Magistrate Judge McAliley as to Jose Sandoval, Darli Valasquez, Orlando Gonzalez-Rosado. (vp) (Entered: 04/08/2008) |
| 04/11/2008 | 92 | NOTICE OF ATTORNEY APPEARANCE: Richard John Diaz appearing for Darli Valasquez *Notice of Limited Appearance* (Diaz, Richard) (Entered: 04/11/2008) |
| 04/11/2008 | 93 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Darli Valasquez (Diaz, Richard) (Entered: 04/11/2008) |
| 04/16/2008 | 94 | NOTICE *of Requiring in excess of 30 minutes for sentencing* by Darli Valasquez (Diaz, Richard) (Entered: 04/16/2008) |
| 04/21/2008 | 95 | ORDER SETTING TELEPHONIC HEARING as to Jose Sandoval, Darli Valasquez, Orlando Gonzalez-Rosado re 94 Notice filed by Darli Valasquez, Telephone Status Conference set for 4/22/2008 08:45 AM in Miami Division before Judge Alan S. Gold. Signed by Judge Alan S. Gold on 4/21/08. (jh) (Entered: 04/21/2008) |
| 04/22/2008 | 96 | TEXT Minute Entry for proceedings held before Judge Alan S. Gold : Telephone Status Conference as to Jose Sandoval, Darli Valasquez, Orlando Gonzalez-Rosado held on 4/22/2008 regarding defendant Velasquez's notice of requiring in excess of 30 minutes for sentencing |

| | | |
|---|---|---|
| | | hearing 94 . A second telephone status conference is set for 05/02/08 at 8:45 AM. Participants: AUSA Anthony W. Lacosta; Jose R. Batista, Esquire; Nathan P Diamond, Esquire;Richard Diaz, Esquire; Luis Fernandez, Esquire; Miguel San Pedro, Esquire. Court Reporter: Joseph Millikan- phone number 305-523-5588 (jh) (Entered: 04/22/2008) |
| 04/22/2008 | 97 | ORDER SETTING SECOND TELEPHONIC HEARING as to Jose Sandoval, Darli Valasquez, Orlando Gonzalez-Rosado re 94 Notice of requiring in excess of 30 minutes for sentencing hearing filed by Darli Valasquez. Telephone Status Conference set for 5/2/2008 08:45 AM in Miami Division before Judge Alan S. Gold. Signed by Judge Alan S. Gold on 4/22/08. (jh) (Entered: 04/22/2008) |
| 04/24/2008 | 98 | OMNIBUS ORDER RESETTING HEARING as to Darli Valasquez Sentencing set for 8/28/2008 09:00 AM in Miami Division before Judge Alan S. Gold. Signed by Judge Alan S. Gold on 4/24/08. (jh) (Entered: 04/24/2008) |
| 05/02/2008 | 100 | TEXT Minute Entry for proceedings held before Judge Alan S. Gold : Telephone Status Conference as to Jose Sandoval, Darli Valasquez, Orlando Gonzalez-Rosado held on 5/2/2008 regarding defendant Valasquez's notice 94 requesting a full day for sentencing hearing and defendant Sandoval's motion to continue sentencing hearing 99 . Participants: AUSA Anthony W. Lacosta;Jose R. Batista, Esquire; Nathan P Diamond, Esquire; Richard Diaz, Esquire; Luis Fernandez, Esquire; Miguel San Pedro, Esquire. Scheduling order with dates to follow. Court Reporter: Joseph Millikan- phone number 305-523-5588 (jh) (Entered: 05/02/2008) |
| 05/05/2008 | 102 | SENTENCING SCHEDULING ORDER as to Darli Valasquez Sentencing set for 8/28/2008 09:00 AM in Miami Division before Judge Alan S. Gold. Signed by Judge Alan S. Gold on 5/2/08. (ail) (Entered: 05/05/2008) |
| 05/15/2008 | 104 | NOTICE *of Filing* by Darli Valasquez (Attachments: # 1 Exhibit Transcript# 2 Exhibit transcripts contd# 3 Exhibit transcript contd# 4 Exhibit transcript contd)(Diaz, Richard) (Entered: 05/15/2008) |
| 05/28/2008 | 105 | Defendant's NOTICE of Filing Transcripts of Conversations between Co-Defendant Jose Sandoval and Defendant Darli Velazquez filed by Darli Valasquez (ail) (Entered: 05/28/2008) |
| 06/10/2008 | 106 | ORDER RESETTING SENTENCING HEARING as to Darli Valasquez, Sentencing reset for 9/2/2008 09:00 AM in Miami Division before Judge Alan S. Gold.). Signed by Judge Alan S. Gold on 6/9/08. (ail) (Entered: 06/10/2008) |

**PACER Service Center**

2255, CLOSED, CMM, REF_PTRL

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:03-cv-20335-SH

Espinosa v. United States
Assigned to: Judge Shelby Highsmith
Referred to: Magistrate Judge Chris M. McAliley
Demand: $0
Case in other court: USDC Southern FL, 00-00933-CR-SH
Cause: 28:2255 Motion to Vacate Sentence

Date Filed: 02/14/2003
Date Terminated: 07/02/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Raul Espinosa** represented by **Richard John Diaz**
3127 Ponce De Leon Boulevard
Coral Gables, FL 33134-6816
305-444-7181
Fax: 444-8178
Email: Rick@rjdpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States** represented by **Juan Antonio Gonzalez, Jr.**
United States Attorney's Office - H.I.D.T.A.
11200 NW 20th Street
Suite 101
Miami, FL 33172
305-715-7649
Fax: 305-715-7639
Email: juan.antonio.gonzalez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| | | (Diaz, Richard) (Entered: 02/06/2007) |
| 02/08/2007 | 37 | ORDER denying 36 Motion for Status Conference.Signed by Judge Chris M. McAliley on 02/08/07 (lc2) (Entered: 02/08/2007) |
| 05/23/2008 | 38 | MOTION to Expedite *Proceedings and for Status Conference* by Raul Espinosa. (Diaz, Richard) (Entered: 05/23/2008) |
| 05/23/2008 | 39 | MOTION for Leave to Appear *Pro Hac Vice by Attorney Kevin Schad Pro Hac Vice* by Raul Espinosa. Responses due by 6/9/2008 (Diaz, Richard) (Entered: 05/23/2008) |
| 05/27/2008 | 40 | NOTICE of Instruction to Filer Regarding Pro Hac Vice Motion. Pursuant to 2B in the Administrative Procedures, a motion to make a limited appearance must be filed in the conventional manner along with the applicable filing fee. LOCAL COUNSEL IS INSTRUCTED TO 1. FILE A NOTICE TO STRIKE DE# 39 MOTION for Leave to Appear *Pro Hac Vice by Attorney Kevin Schad Pro Hac Vice* filed by Raul Espinosa AND 2. CONVENTIONALLY FILE AN ORIGINAL MOTION TO MAKE A LIMITED APPEARANCE ALONG WITH THE APPLICABLE FILING FEE. (gp) (Entered: 05/27/2008) |
| 06/03/2008 | 41 | Report and Recommendation on Petitioner Raul Espinosa's Title 28 U.S.C. § 2255 Petition and Order denying as moot 38 Motion to Expedite; denying without prejudice 39 Motion for Leave to Appear pro hac vice. Signed by Magistrate Judge Chris M. McAliley on 6/3/2008. (lc1) (Entered: 06/03/2008) |
| 06/13/2008 | 42 | RESPONSE/REPLY *Objection to Report and Recommendation* filed by Raul Espinosa. (Diaz, Richard) (Entered: 06/13/2008) |
| 06/16/2008 | 43 | NOTICE of Instruction to Filer: re 42 Response/Reply (Other) filed by Raul Espinosa. Error: Wrong Event Selected; Instruction to Filer=In the future please select the proper Event: "Objections to Report and Recommendation" found under Other Answers. (gp) (Entered: 06/16/2008) |
| 06/17/2008 | 44 | RESPONSE/REPLY to 42 Response/Reply (Other) *addressing the Movant's objections to report and recommendation of Magistrate Judge McALILEY* filed by United States. (Gonzalez, Juan) (Entered: 06/17/2008) |
| 07/02/2008 | 45 | ORDER ADOPTING REPORT AND RECOMMENDATIONS, ORDER DENYING Motion to Vacate, Set Aside or Correct Sentence (2255). CASE CLOSED.. Signed by Senior Judge Shelby Highsmith on 7/2/08. (lc1) (Entered: 07/02/2008) |

**PACER Service Center**