# In the United States Court of Federal Claims

No. 07-685 C
(Filed August 18, 2008)

BARUCH VEGA, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

It is **ORDERED** that Defendant's Motion for Leave to File a Sur-Reply, Or, in the Alternative, Motion to Strike is **DENIED** as moot, given the Order, filed September 18, 2008, resolving plaintiff's Rule 60(b) motion.

s/ James F. Merow
James F. Merow
Senior Judge